United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESIDENT MINORS OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiffs,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-04838 CRB<br><br>**JUDGMENT** |

    Having granting Defendants' Motions to Dismiss, the Court hereby enters judgment for the Defendants and against Plaintiff Alfred Lam.

    **IT IS SO ORDERED.**

Dated: August 26, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4838\Judgment.wpd